# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAMELA GOUGH-BAHASH,

        Plaintiff,

v.

CITIZENS BANK, N.A. f/k/a RBS CITIZENS N.A., by and through its National Lending Division, Citizen One Home Loans,

        Defendant.

Case No. 16-11785
Hon. Terrence G. Berg

## ORDER ACKNOWLEDGING SETTLEMENT

    This case was dismissed for failure to prosecute on December 22, 2016. The Court had previously referred the parties to facilitation, and the court-appointed facilitator recently notified the Court that the parties reached a settlement on December 14, 2016, and forwarded to the Court a copy of the settlement agreement.

    Consequently, it is **ORDERED** that the case shall remain closed, but that the parties shall proceed in accordance with the terms of their settlement agreement. The Court will retain jurisdiction over this matter

to enforce the settlement agreement, if such enforcement becomes necessary.

**SO ORDERED.**

Dated: January 31, 2017
        s/Terrence G. Berg
        TERRENCE G. BERG
        UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on January 31, 2017, using the CM/ECF system, which will send notification to each party, and served upon unrepresented parties via postal mail.

        By: s/A. Chubb
        Case Manager